UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LINDA DIETZ,

      Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

      Defendant.

_____/

Case No: 04-10230

MAGISTRATE JUDGE CHARLES E. BINDER

## ORDER ADMINISTRATIVELY CLOSING CASE

Having discussed the status of this case with all counsel during a conference held January 26, 2007, **IT IS ORDERED** that this case shall be **CLOSED** for administrative purposes without prejudice pending a re-evaluation of the Plaintiff's claim by the Defendant. This closing does not constitute a decision on the merits.

**IT IS FURTHER ORDERED** that this case may be reopened on motion of either the Plaintiff or the Defendant once the re-evaluation has been completed and the parties have been informed of the decision.

      s/ *Charles E Binder*

      CHARLES E. BINDER
      United States Magistrate Judge

Dated: February 9, 2007

## CERTIFICATION

I hereby certify that this Order was electronically filed this date, electronically served on D. Andrew Portinga and J. Michael Smith, and served on James Perry by first class mail.

Date:  February 9, 2007

By____s/Jean L. Broucek_____
Case Manager to Magistrate Judge Binder